**Edward W. JEFFERSON,**
**Plaintiff–Appellant,**

v.

**Shane WOOTEN, Officer; Craig Wilkins, Officer; Paul Ziolkowski, Lieutenant; John Flaig, Major; Michael King, Security Chief; B. Danna, Detective; William Justice, Sergeant; Kathy Killian, Nurse; Gary Maynard; M. Mitchell, Officer; Officer Travis; Kristy Hickman; Karen M. Dean; Commissioner Galley; State of Maryland, Defendants–Appellees.**

No. 11–7128.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 31, 2012.

Decided: Feb. 2, 2012.

Edward W. Jefferson, Appellant Pro Se. Stephanie Judith Lane Weber, Office of the Attorney General of Maryland, Baltimore, Maryland; Philip Melton Andrews, Eric Lawrence Klein, Kramon & Graham, PA, Baltimore, Maryland, for Appellees.

Before NIEMEYER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward W. Jefferson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jefferson v. Wooten,* No. 1:10–cv–02927–JFM, 2011 WL 3511036 (D.Md. Aug. 9, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*